UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:  Batten, Kevin Lee                         Case No. 06-30232-DOT
        Batten, Sandra Edwards                    Chapter 7
                    Debtor(s)

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| eCast Settlement Corporation<br>assignee of General Electric/Dillards<br>POB 35480, Newark NJ 07193-5480 | $4.93 /Claim 13 |
| Bon Secours St. Mary's Hospital<br>c/o Greer P. Jackson Jr.<br>Spinella Owings & Shaia P.C.<br>8550 Mayland Drive, Richmond, VA 23294 | $0.87 /Claim 20 |
| GE Money Bank<br>P. O. Box 103104<br>Roswell, GA 30076 | $0.76 /Claim 26 |
| County of Hanover, VA<br>County Attorney's Office<br>P. O. Box 470<br>Hanover, VA 23069 | $2.76 /Claim 33A |

Dated: October 7, 2011

/s/ Bruce E. Robinson
BRUCE E. ROBINSON, Trustee
P. O. BOX 538
SOUTH HILL, VA  23970-0538
(434) 447-7922

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee at Office of the U.S. Trustee, 701 East Broad Street - Suite 4304, Richmond, VA 23219-1885 on October 11, 2011.

/s/ Bruce E. Robinson