UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re

BATTEN, KEVIN LEE
BATTEN, SANDRA EDWARDS

Case No. 06-30232-DOT

Chapter 7

Debtor(s)

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | | Amount of Dividend |
|---|---|---|
| Hecht's<br>P O Box 66955<br>St. Louis, MO 63166 | Claim 2 | $23.72 |
| Hecht's<br>P O Box 66955<br>St. Louis, MO 63166 | Claim 3 | $ 5.81 |

Dated: November 9, 2011

/s/ Bruce E. Robinson
BRUCE E. ROBINSON, Trustee
417 E. ATLANTIC STREET
P. O. BOX 538
SOUTH HILL, VA 23970-0538
(434) 447-7922

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to the Office of the United States Trustee at Office of the U.S. Trustee, 701 East Broad Street - Suite 4304, Richmond, VA 23219-1885 on November 9, 2011.

/s/ Bruce E. Robinson
Bruce E. Robinson